Albert Lettow, a minor, by Margaret Fox, his mother and next friend, appellee, v. Ivan M. Surkamer, trading as Glen Ellyn Checker Cab Company, appellant. Gen. No. 8,865.

Heard in this court at the February term, 1935. Opinion filed April 22, 1935. Rehearing denied May 11, 1935.

Hadley, Weaver & Woodward, for appellant; Harry G. Weaver, John S. Woodward and Palmer Leren, of counsel. Philip Rosenthal, for appellee; John B. King and Thomas S. MacKinley, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

John Buffo, appellee, v. Mutual Benefit Health and Accident Association, appellant. Gen. No. 8,902.

Heard in this court at the February term, 1935. Opinion filed April 22, 1935. Rehearing denied June 26, 1935.

Luther F. Binkley and Early & Early, for appellant. Karl C. Williams, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Bertha Rust, appellee, v. Illinois Highway Transportation Company, appellant. Gen. No. 8,921.

Heard in this court at the February term, 1935. Opinion filed April 22, 1935. Rehearing denied May 11, 1935.

Galbraith & Monk, for appellant. Howard White, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Eugene T. O'Neill and Charles J. O'Neill, trading as O'Neill Brothers, appellants, v. Whitaker Farmer's Elevator Company, appellee. Gen. No. 8,878.

Heard in this court at the February term, 1935. Opinion filed May 1, 1935. Rehearing denied June 26, 1935.

W. H. Dyer, for appellants. Eva L. Minor, for appellee.

Mr. Justice Dove delivered the opinion of the court.